IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PORTER | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-3475 |
| | : | |
| BAYER CORPORATION, et al. | : | |

**ORDER**

**AND NOW,** this 4th day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed

[ X ]   -   Other:  pending receipt of the Case Transfer Order from the Judicial Panel on Multi-District Litigation transferring case to District of Minnesota.

it is
   **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

   **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
Edmund V. Ludwig,        J.

Civ. 13 (8/80)